In the Matter of the Claim of GRACE TURNER, Respondent, v. HOBBY
INDUSTRY ASSOCIATION OF AMERICA et al., Appellants. WORKMEN'S COM-
PENSATION BOARD, Respondent.— GIBSON, P. J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gibson, P. J.